UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PHILLIP JAMES KING,

       Petitioner,

 v.

PERRY RUSSELL, *et al.*,

       Respondents.

Case No. 3:21-cv-00371-MMD-CLB

ORDER

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner Phillip James King has submitted an application to proceed *in forma pauperis.* (ECF No. 1.) The Court finds that King is able to pay the filing fee of $5.00.

It therefore is ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied. King will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. King's failure to pay the filing fee may result in the dismissal of this action.

The Clerk of Court is directed send King two copies of this order. King must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 20th Day of August 2021.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE